UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                          )
                                )
STEPHEN AND APOLINARIA POMMER   )   CASE NO.  08-30351-LMK
                                )      CHAPTER 7
        Debtor.                 )
_____ )

REPORT OF UNCOLLECTED FUNDS

        JOHN  E.  VENN,  JR.,  TRUSTEE,  hereby  reports  that  the

following  funds  of  the  above-referenced  debtor  estate  were

uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 2 | Capital Recovery II<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | $3.54 |

Dated: 10/19/09                    /s/ John E. Venn, Jr.
                                   JOHN E. VENN, JR.,
                                   TRUSTEE
                                   FL Bar No. 184992
                                   220 W. Garden St.
                                   Suite 603
                                   Pensacola, FL 32502
                                   (850) 438-0005
                                   Johnevennjrpa@aol.com